# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

---

| | |
|---|---|
| LARRY RALPH GENTRY, also known as Larry Gentry, officer, director, shareholder Ball Four, Inc. and SUSAN ELLEN GENTRY, also known as Susan Gentry, officer, director, shareholder Ball Four, Inc., | BAP No. CO-13-069 |
| Debtors. | Bankr. No. 11-37658<br>Chapter 11 |
| 2011-SIP-1 CRE/CADC VENTURE, LLC, | |
| Appellant, | ORDER TRANSFERRING APPEAL<br>TO U.S. DISTRICT COURT |
| v. | |
| LARRY RALPH GENTRY and SUSAN ELLEN GENTRY, | October 24, 2013 |
| Appellees. | |

---

The matter before the Court is the Election to Have Appeal Heard by District Court ("Election") filed by Susan Ellen Gentry and Larry Ralph Gentry ("Appellees"). In the Election, Appellees have timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

    (1)    This appeal is transferred to the United States District Court.

    (2)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3)   This Court's record is transmitted to the United States Bankruptcy Court.

For the Panel:

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court