**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02922-REB - AP

In re:

LARRY RALPH GENTRY,
also known as Larry Gentry, officer, director,   Bankr. No. 11-37658-MER
shareholder Ball four, Inc., and   Chapter 11

SUSAN ELLEN GENTRY,
also known as Susan Gentry, officer, director,
shareholder Ball Four, Inc.

    Debtors.
_____

2011-SIP-1 CRE/CADC Venture, LLC,

    Appellant,

v.

LARRY RALPH GENTRY, and
SUSAN ELLEN GENTRY

    Appellees.

## ORDER REMANDING CASE TO THE BANKRUPTCY COURT

**Blackburn, J.**

    This matter is before me on the order [#44][1] of the United States Court of

Appeals for the Tenth Circuit, filed December 8, 2015, and the mandate [#45] of the

tenth Circuit [#45] filed January 14, 2016.  Consistent with that order and mandate, this

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1

case must be remanded to the United States Bankruptcy Court for the District of Colorado.

**THEREFORE, IT IS ORDERED** that this case is remanded to the United States Bankruptcy Court for the District of Colorado for further proceedings as directed by the United States Court of Appeals for the Tenth Circuit.

Dated January 26, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

2